AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
|---|---|
| v. | ) |
| Nicholas J. Phinney | ) Case No. 22-mj-91-01-AJ |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  12/14/2021-05/02/22  in the county of  Strafford  in the
District of  New Hampshire , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1) | Unlawful possession with the intent to distribute and distribution of controlled substances, specifically, methamphetamine and Adderall, Schedule II controlled substances |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

/s/ Sean T. Wilton
*Complainant's signature*

Sean T. Wilton, DEA, TFO
*Printed name and title*

Sworn to before me and signed in my presence.  via telephone conference.

Date: **May 3, 2022**

*Andrea K. Johnstone*
*Judge's signature*

City and state: Concord, New Hampshire   Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*